ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

RYAN ARASH REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Ryan.Rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 19-CR-655-EXE-3 |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ERNESTO OCHOA, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against ERNESTO OCHOA and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against ERNESTO OCHOA.

DATED: November 2, 2023                                Respectfully submitted,

                                                                   ISMAIL J. RAMSEY
                                                                   United States Attorney

                                                                   *Thomas A. Colthurst*
                                                                   THOMAS A. COLTHURST
                                                                   Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against ERNESTO OCHOA.  It is further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.

Date:  November 22, 2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge